

# Fourth Court of Appeals
## San Antonio, Texas

November 3, 2015

No. 04-15-00668-CV

**IN THE ESTATE OF ONA S. PETTY**,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 140,221
Kelly Cross, Judge Presiding

## O R D E R

On October 29, 2015, appellants filed an unopposed motion to abate the appeal stating that several of the parties have made substantial progress in reaching a settlement, and requesting that this appeal be abated for a period of sixty days to permit them to finalize the settlement terms and pursue discussions with the remaining parties. The motion is GRANTED. It is ORDERED that this appeal is ABATED until December 28, 2015. All appellate deadlines are suspended until December 28, 2015. After that date, the appellants must file a motion to dismiss the appeal due to settlement, or if a settlement is not reached and finalized, a motion to reinstate the appeal. TEX. R. APP. P. 42.1(a).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of November, 2015.

_____
Keith E. Hottle
Clerk of Court